IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02576-MEH

VECTA OIL AND GAS, LTD.,

     Plaintiff,

v.

INTEGRATED PETROLEUM TECHNOLOGIES, INC.,

     Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

     Before the Court is Plaintiff's Unopposed Motion to Disqualify [filed January 17, 2017; ECF No. 18].  Plaintiff seeks to disqualify me from hearing this matter pursuant to 28 U.S.C. § 455(b)(5)(ii) because my son, Matthew J. Hegarty, is an associate at Hall & Evans, LLC, the same firm at which counsel for the Defendant are associated.  According to 28 U.S.C. §455(b)(5), a Magistrate Judge shall disqualify himself under the following circumstances:

> He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
>
> . . .
>
> (ii) Is acting as a lawyer in the proceeding; . . .

     Plaintiff concedes that my son, Matthew, is not himself "acting as a lawyer in the proceeding."  Matthew has been associated at Hall & Evans for more than four years and, during that time, I have presided as both magistrate judge and consent judge over dozens of cases involving counsel (other than Matthew) from Hall & Evans.  Accordingly, I do not believe my impartiality "might reasonably be questioned" in this case.  *See* 28 U.S.C. § 455(a).

However, because the motion is unopposed, Plaintiff's motion is **granted** and I hereby recuse myself from service in this matter.  I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another judicial officer.

It is further ORDERED that the Scheduling Conference set for Thursday, January 26, 2017 is **vacated**.  The conference will be rescheduled by the judicial officer drawn to this matter.

DATED at Denver, Colorado, this 19th day of January, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge